United States District Court
Southern District of Texas

**ENTERED**

May 11, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAUL SANCHEZ, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:26-cv-353 |
| | § | |
| CAMPBELL TRANSP. CO. INC., | § | |
|     Defendant. | § | |

## ORDER

On May 8, 2026, the Court received Plaintiff Saul Sanchez's "Plaintiff's Request for Entry of Default." Dkt. No. 8.

Pursuant to Federal Rule of Civil Procedure 4(e), an individual may be served according to the laws of the state where the district court sits. Fed. R. Civ. P. 4(e)(1). "Under Texas law, a corporation may be served through the corporation's registered agent, president, or vice president." *Henderson v. Republic of Texas*, 672 F. App'x 383, 385 (5th Cir. 2016) (per curiam). *See also* Tex. Bus. Orgs. §§ 5.201, 5.255(1).

In Plaintiff's Notice of Removal, Plaintiff asserts that Defendant Campbell Transportation Company, Inc., may be served with process by serving its registered agent for service "CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136." Dkt. No. 1 at 3, ¶ 7. Plaintiff filed proof of service to this address. Dkt. No. 8 at 4-6. However, the Court must ascertain whether this proposed agent is, in fact, Defendant's registered agent.

Plaintiff is **ORDERED** to file proof demonstrating that CT Corporation is Defendant Campbell Transportation Company, Inc.'s registered agent by **no later than May 18, 2026**.

Signed on May 11, 2026.

Karen Betancourt
United States Magistrate Judge